UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL SANDERS,
ADC #94279                                                                                                          PLAINTIFF

V.                                        5:16CV00190 JM/JTR

WENDY KELLEY, Director,
Arkansas Department of Correction, et al.                                                   DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Sanders may PROCEED with his failure to protect claim against Rosales-Calloway, Garcia, Washington, Meinzer, Watson, and Jackson.

2. All other claims against all other Defendants are DISMISSED, WITHOUT PREJUDICE.

3. The Clerk is directed to prepare a summons for Rosales-Calloway, Garcia, Washington, Meinzer, Watson, and Jackson. The U.S. Marshal is directed to serve the summons, Substituted Complaint, and this Order on them through the ADC Compliance Division without prepayment of fees and costs or security therefor.[1]

4. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

---

[1] If any of the Defendants are no longer ADC employees, the ADC Compliance Office must file a **SEALED** Statement providing the unserved Defendant's last known private mailing address.

appeal from this Order would not be taken in good faith.

Dated this 20th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE