UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DANIEL SANDERS,
ADC #94279                                                              PLAINTIFF

V.                          5:16CV00190 JM/JTR

RANDY WATSON, Warden,
Varner Unit, ADC, et al.                                                DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed.[1] After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Partial Summary Judgment (Doc. 32) is granted in part and denied in part.

2. Sanders's claims against Garcia, Watson, Meinzer, Jackson, and Washington are dismissed without prejudice.

3. Sanders may proceed with his failure to protect claims against Rosales-Calloway and Bolden.

Dated this 28th day of April, 2017.

UNITED STATES DISTRICT JUDGE

---

[1] The Court granted Plaintiff an extension of time to file his objections to the recommendation. No objections were filed within the extended period.