# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DANIEL SANDERS**  **PLAINTIFF**
**ADC # 094279**

VS.  **5:16-CV-00190-JM-JTR**

**KENNETH BOLDEN and**
**KRISTENA ROSALES-CALLOWAY**  **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 88] submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections were filed. After careful consideration, the recommended disposition is adopted in its entirety.

Accordingly, the motion for summary judgment filed by Defendants Kenneth Bolden and Kristena Rosales-Calloway [Doc. No. 63] is granted, and Plaintiff Daniel Sanders' claims against both Defendants are dismissed with prejudice.

IT IS SO ORDERED THIS 27th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE